UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMAD SHAH YAQUBI, | No. 1:26-cv-00026-DJC-JDP |
| Petitioner, | |
| v. | ORDER |
| WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al., | |
| Respondents. | |

Petitioner Ahmad Shah Yaqubi filed a Petition for Writ of Habeas Corpus seeking release from the custody of Immigrations and Customs Enforcement ("ICE") based on a violation of Petitioner's procedural due process rights under the Fifth Amendment. (ECF No. 1 at 18.) Petitioner also filed a Motion for Temporary Restraining Order. (ECF No. 3.) The Court ordered Respondents to show cause as to whether there were any factual or legal differences between the present case and prior cases in which the Court granted relief. (ECF No. 6.) In their Opposition, Respondents concede that "there are no factual or legal issues in this case that render it distinct from the court's prior orders[.]" (ECF No. 8 at 3.) Moreover, Respondents request that if the Court is inclined to grant Petitioner's Motion that the Court instead

"enter a final judgment granting the petition for writ of habeas corpus on the merits." (*Id.* at 1.)

Given Respondents' concession that there is no factual or legal distinction between this case and the prior cases identified by the Court, the Court would grant the Petitioner's Motion on the same basis. As the claims and requested relief in the petition entirely overlaps with the issues in the Motion, the Court will grant Respondents request and instead enter judgment on the merits on the same basis.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's Motion for leave to proceed in forma pauperis (ECF No. 2) is GRANTED;
2. Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED;
3. Respondents shall immediately release Petitioner Ahmad Shah Yaqubi from their custody. Respondents shall not impose any additional restrictions on him, such as electronic monitoring, unless that is determined to be necessary at a future pre-deprivation/custody hearing.
4. Respondents are ENJOINED AND RESTRAINED from re-arresting or re-detaining Petitioner absent compliance with constitutional protections, which include, at a minimum, pre-deprivation notice describing the change of circumstances necessitating his arrest and detention, and a timely hearing. At any such hearing, the Government shall bear the burden of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight, and Petitioner shall be allowed to have his counsel present.
5. Petitioner's Motion to Appoint Counsel (ECF No. 4) and Motion for Temporary Restraining Order (ECF No. 3) are DENIED AS MOOT.

////
////
////

6. The Clerk of the Court is directed to close this action.

IT IS SO ORDERED.

Dated: **January 9, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE